E-FILED
Wednesday, 05 August 2009 10:25:26 AM
Clerk, U.S. District Court, ILCD

AUG - 4 2009
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR09-200 55 |
| Plaintiff, ) | |
| v. ) | IN VIOLATION OF: |
| ) | Title 21, United States Code, |
| HOWARD BAKER, ) | Sections 841(a)(1) and (b)(1)(B) |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about July 24, 2009, in Champaign County, in the Central District of Illinois,

**HOWARD BAKER,**

defendant herein, knowingly and intentionally possessed five or more grams of a mixture and substance containing cocaine base ("crack"), a Schedule II controlled substance, with the intent to distribute it.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

A TRUE BILL.
s/Foreperson

_____
FOREPERSON

s/Gregory M. Gilmore

_____
RODGER A. HEATON
United States Attorney

RHC